UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                                                            Case Number:   18-24073-LMI

JUNE E WEATHERS
     Debtor
_____/

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CASE OTHER FOR FAILURE TO TIMELY PROVIDE THE TRUSTEE WITH DEBTOR'S FEDERAL TAX RETURN (ECF #25)

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of Withdrawal of her Motion to Dismiss Case Other for Failure to Timely Provide the Trustee with Debtor's Federal Tax Return as the Debtor provided the Trustee with his 2017 tax return before the meeting of creditors was held.

                                                      RESPECTFULLY SUBMITTED:

                                                      NANCY K. NEIDICH, ESQUIRE
                                                    STANDING CHAPTER 13 TRUSTEE
                                                    P.O. BOX 279806
                                                    MIRAMAR, FL 33027-9806

                                                    By: /s/_____
                                                    ☐ Amy E. Carrington, Esq.
                                                    *Senior Staff Attorney*
                                                    FLORIDA BAR NO: 101877

**SERVICE INFO**

CAROLINA A LOMBARDI, ESQ