UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                             Case No. 18-24073-LMI
June E. Weathers                                   Chapter 13
*aka* June Weathers- Scott

    Debtor.                                        /

## OBJECTION TO MOTION TO MODIFY PLAN

Comes now, Habitat for Humanity of Greater Miami, by and through its undersigned attorney, and hereby files its objection to Debtor's motion to modify plan (Doc. No. 78) and states as follows:

1.  Debtor filed this case on November 12, 2018 when Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.  On February 5, 2019, Secured Creditor, Habitat for Humanity of Greater Miami, being serviced through TIAA, FSB, filed claim 3-2 which listed total claim of $4,034.58 for a mortgage encumbering real property collateral located at 12222 Southwest 203rd Street, Miami, FL 33177.

3.  On August 7, 2019 Secured Creditor, Habitat for Humanity of Greater Miami, being serviced through TIAA, FSB, filed a supplement 2 Notice of Post-petition fees, expenses and Charges for a hazard insurance advance made March 22, 2019 of $3,467.00.

4.  On May 13, 2020 Secured Creditor, Habitat for Humanity of Greater Miami, being serviced through TIAA, FSB, filed another supplement 2 Notice of Post-petition fees, expenses and Charges for a hazard insurance advance made March 25, 2020 of $3,928.00.

5.  On August 26, 2020, Debtor filed it's a Motion to Modify Plan to pay Habitat for Humanity of Greater Miami's mortgage and two notices of post-petition advances however the plan

is short and does not pay back the amounts listed in full in the related Fifth Modified Plan (Doc. No. 80).

      6.    Habitat for Humanity of Greater Miami requests the Debtor file a Sixth Modified plan to correct the calculation errors contained in the Fifth Modified plan.

Wherefore, Habitat for Humanity of Greater Miami requests this deny Debtor's motion to Modify plan and require a Sixth Modified Plan as the Fifth Modified plan should not become the confirmed plan of reorganization.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing objection to Motion to Modify Chapter 13 plan was furnished via First Class U.S. Mail or via CM/ECF electronic filing on this 5th day of October 2020, to the following:

June E. Weathers, 12222 Southwest 203rd Street, Miami, FL 33177

Carolina A Lombardi, 4343 West Flagler Street, #100, Miami, FL 33134

Nancy K. Neidich, POB 279806, Miramar, FL 33027

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

18-313248