UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: JUNE E. WEATHERS,                                    CASE NO. 18-24073 LMI
                                                            CHAPTER 13
    Debtor
_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Debtor June Weathers, pursuant to 11 U.S.C. § 1329 of the Bankruptcy Code, moves to modify her Chapter 13 Plan and as grounds therefore states:

1. Ms. Weathers filed her Voluntary Petition for Chapter 13 bankruptcy on November 12, 2018.

2. This Court confirmed Ms. Weathers' Eighth Modified Chapter 13 Plan on December 17, 2020.

3. Ms. Weathers' Eighth Modified Chapter 13 plan includes payments to Creditor Habitat for Humanity of Greater Miami c/o TIAA ("TIAA") for her mortgage, insurance, and taxes.

4. On February 10, 2021, Creditor TIAA filed a Notice of Postpetition Mortgage Fees, Expenses and Charges indicating that Ms. Weathers' owed TIAA for payment of tax advances in the amount of $1,009.08.

5. On April 27, 2021, Creditor TIAA also filed a Notice of Mortgage Payment Change indicating that Ms. Weathers' monthly payment would be $654.16, effective June 1, 2021. [DE 101]. The Statement from TIAA attached to the Notice indicates that Ms. Weathers' prior monthly

payment was $486.95. [DE 101 at 4]. Together, this indicates a monthly increase of $167.21 commencing on June 1, 2021.

6. Creditor TIAA also sent Ms. Weathers a letter on June 16, 2021 indicating that it was cancelling the force-placed insurance on her home since she acquired her own insurance. *See* Letter from TIAA dated June 16, 2021, attached as Exhibit 1. The letter indicates that the amount owed for forced placed insurance is $1,165.00.

7. As a result, Ms. Weathers now seeks to modify her Chapter 13 Plan to account for: (1) the Notice of Postpetition Mortgage Fees, Expenses and Charges indicating that Ms. Weathers' owes TIAA for payment of tax advances in the amount of $1,009.08; (2) the Notice of Mortgage Payment Change indicating Ms. Weathers owed an additional $167.21 per month commencing June 1, 2021, and (3) the letter from TIAA indicating Ms. Weathers owes $1,165.00 for forced-placed insurance.

8. Attached to this Motion as Exhibit 2 is Ms. Weathers' modification ledger.

WHEREFORE, Debtor June Weathers requests that this Court grant this Motion to modify her Chapter 13 Plan and approve and confirm her Ninth Modified Chapter 13 Plan.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By: __/s/ Melissa Gallo__
Melissa Gallo, Esq.
Florida Bar No.: 99765
*Attorney for Debtor*
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2450
Primary Email: MGallo@legalservicesmiami.org
Secondary Email: SFreire@legalservicesmiami.org



Serviced by LoanCare

C/O LOANCARE, LLC
PO BOX 202049
FLORENCE, SC  29502-2049

**Insurance Center**
phone 1-866-822-0890
fax 1-843-413-7127
www.mycoverageinfo.com/LC623

June 16, 2021

JUNE E WEATHERS

4343 WEST FLAGER STREET #100
C/O MELISSA GALLO
CORAL GABLES, FL  33134

Loan #: 6601388694
Policy #: 2MR0744728344

Property: 12222 SW 203RD ST
MIAMI, FL  33177

Dear Customer:

We have cancelled the insurance coverage we ordered on your property effective 06/17/2021. However, our records indicate that there was a lapse in coverage from 03/01/2021 to 06/17/2021. The premium for this lapse period is $1,165.00.

The annual premium amount for this insurance policy was previously deducted from your escrow account. You will receive a partial refund of this premium as you have provided evidence of insurance for a portion of time covered by this policy.

If you have insurance coverage for the lapse mentioned above please provide this information to us immediately. You may also update your coverage directly to our Website at www.mycoverageinfo.com/LC623.

If you have any questions, please contact our Insurance Center at **866-822-0890**. We are available to assist you 8:00 a.m. to 8:00 p.m., Eastern Time, Monday through Friday and 8:00 a.m. to 3:00 p.m., Eastern Time, Saturdays, except major holidays.

Sincerely,

Insurance Center

NOTICE: If you are in bankruptcy or you have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the loan amount from you personally.

EXHIBIT "1"

744H5P-0720

**Modification Ledger**                                                                                          **Date: June 30, 2021**

**Debtors(s):** June E. Weathers                                                                                 Case No.: 18-24073-LMI

| | | | |
|---|---|---|---|
| Petition Filed: | Mon, Nov 12, 2018 | Attorney Name: | MELISSA GALLO, ESQUIRE |
| Date Confirmed: | Tue, Mar 05, 2019 | Atty. Fee in Plan: | $0.00 |
| Receipts Less Refunds: | $13,455.25 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $1,596.00 | Atty. Paid to Date: | $0.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| AIS PORTFOLIO SERVICES LP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| CAROLINA A. LOMBARDI, ESQUIRE | | $0.00 | $0.00 | $0.00 | $0.00 |
| Collection Asset Management Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| HABITAT VILLAS HOA | O | $1,799.85 | $391.32 | $1,408.53 | $67.77 |
| HABITAT VILLAS HOA | S | $825.96 | $179.72 | $646.24 | $31.10 |
| Navient Solutions, LLC | U | $58,170.44 | $581.70 | $0.00 | $0.00 |
| NCEP, LLC | U | $10,910.32 | $109.10 | $0.00 | $0.00 |
| Robertson Anschutz, , Schneid, Crane & Partners | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Santander Consumer USA Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO, FISHMAN & GACHE, LLP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNTRUST BANK | U | $2,761.84 | $27.62 | $0.00 | $0.00 |
| TIAA, FSB | N | $0.00 | $0.00 | $0.00 | $0.00 |
| TIAA, FSB | S | $12,385.68 | $3,625.76 | $8,759.92 | $627.92 |

# EXHIBIT "2"