**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☑ | Ninth _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: June E. Weathers          JOINT DEBTOR: _____          CASE NO.: 18-24073

SS#: xxx-xx- 4808          SS#: xxx-xx- _____

## I.    NOTICES

**To Debtors:**     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:**     Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:**     The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $395.31 _____     for months _1_ to _30_ ;

2.   $1,596.00 _____     for months _31_ to _31_ ;

3.   $1,303.10 _____     for months _32_ to _35_ ;

4.   $1,358.10 _____     for months _36_ to _36_ ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**          ☑ NONE          ☑ PRO BONO

## III.    TREATMENT OF SECURED CLAIMS          ☐ NONE

**A.    SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1.   Creditor: Habitat Villas HOA | | | | |
|---|---|---|---|---|
| Address: c/o So. Fla. Property Mgmt and Consultants 5600 SW 135 Avenue Suite 108 Miami, FL 33183 | Arrearage/ Payoff on Petition Date | $825.96 | | |
| | Arrears Payment (Cure) | $21.54 | /month (Months _1_ | to _30_ ) |
| | Arrears Payment (Cure) | $0.00 | /month (Months _31_ | to _31_ ) |
| | Arrears Payment (Cure) | $35.94 | /month (Months _32_ | to _36_ ) |
| Last 4 Digits of Account No.: _____ N/A | Regular Payment (Maintain) | $46.95 | /month (Months _1_ | to _30_ ) |
| | Regular Payment (Maintain) | $0.00 | /month (Months _31_ | to _31_ ) |
| | Regular Payment (Maintain) | $78.26 | /month (Months _32_ | to _36_ ) |
| Other: _____ | | | | |

LF-31 (rev. 06/04/21)

Debtor(s): June E. Weathers _____    Case number: 18-24073

☑ Real Property
   ☑ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
12222 SW 203 Street, Miami, FL 33177

☐ Personal Property/Vehicle

Description of Collateral: Debtor's Homestead

---

2. Creditor: Habitat for Humanity of Greater Miami

| Address: | TIAA, FSB | | | | |
|---|---|---|---|---|---|
| | C/O LOANCARE, LLC | Arrearage/ Payoff on Petition Date | $12385.55 | | |
| | PO BOX 8068 | Payoff (Including 0% monthly interest) | $292.00 | /month (Months  1  to  30 ) |
| | VIRGINIA BEACH VA | Payoff (Including 0% monthly interest) | $1,450.91 | /month (Months  31  to  31 ) |
| | 23450 | Payoff (Including 0% monthly interest) | $1,070.44 | /month (Months  32  to  36 ) |

Last 4 Digits of
Account No.:        8694

Other:    Debtor is paying $1009.08 from OF-410S2 (2/10/21), $1003.26 from OF-410S1 (4/27/21); $1165 for FPI (Letter 6/16/2⬚

☑ Real Property
   ☑ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
12222 SW 203 Street
Miami, FL 33177

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead

---

   B.  **VALUATION OF COLLATERAL:** ☑ NONE

   C.  **LIEN AVOIDANCE** ☑ NONE

   D.  **SURRENDER OF COLLATERAL:** ☑ NONE

   E.  **DIRECT PAYMENTS** ☑ NONE

IV.   **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

   A.  **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

   B.  **INTERNAL REVENUE SERVICE:** ☑ NONE

   C.  **DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

   D.  **OTHER:** ☑ NONE

V.   **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

   A.  Pay        $50.00        /month (Months  36  to 36 )

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C.  SEPARATELY CLASSIFIED: ☑ NONE

VI.   **STUDENT LOAN PROGRAM** ☑ NONE

VII.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☐ NONE

   Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

LF-31 (rev. 06/04/21)

☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. | | | ☐ Assume ☐ Reject |

**VIII.    INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☑ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.    NON-STANDARD PLAN PROVISIONS** ☑ NONE

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| June E. Weathers | | | |

| | |
|---|---|
| Melissa Gallo, Esq. | June 30, 2021 |
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**