UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: JUNE E. WEATHERS,  CASE NO. 18-24073 LMI
CHAPTER 13

    Debtor
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Modify [DE 103]; Notice of Hearing [DE 104]; and Ninth Modified Chapter 13 Plan [DE 106] dated June 30, 2021 were transmitted electronically to:

    Elizabeth W Eckhart eeckhart@logs.com, electronicbankruptcynotices@logs.com

    Steven Powrozek spowrozek@logs.com

    Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com

    Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

    Nathalie Rodriguez nrodriguez@raslg.com

    Alexa Stinson astinson@rascrane.com

    Keith Labell klabell@raslg.com

***On June 30, 2021 by mail to:***

Collection Asset Management Inc.
c/o Jefferson Capital Systems LLC
PO BOX 7999
Saint Cloud, MN 56302-9617

Everbank
301 West Bay Street
Jacksonville, FL 32202

Habitat for Humanity
So. Fla. Property Mgmt and Consultants
5600 SW 135 Avenue Suite 108
Miami, FL 33183

Habitat for Humanity of Greater Miami
c/o TIAA, FSB
301 West Bay Street
Jacksonville, Florida, 32202

Navient Solutions, LLC
on behalf of, Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

NCEP, LLC by AIS Portfolio Services, LP as agent
PO Box 4138
Houston, TX 77210

Santander Consumer USA Inc.
Po Box 961245
Fort Worth, TX 76161

South Fla. Prop Management & Consultants
5600 SW 135 Avenue #108
Miami, FL 33183

SunTrust Bank
Bankruptcy Department
P.O. Box 85092
Richmond, VA 2328

TIAA, FSB
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 32452

    Respectfully submitted,
    LEGAL SERVICES OF GREATER MIAMI, INC.

    By: */s/ Melissa Gallo*
    Melissa Gallo, Esq.
    Florida Bar No. 99765
    Attorney for Debtor
    4343 W. Flagler Street, Ste. 100
    Miami, FL 33134
    (T) & (F): (305) 438-2450
    Email: MGallo@LegalServicesMiami.org
    Secondary Email: SFreire@LegalServicesMiami.org