```
                        TIAA BANK                              03/22/19
              MACHINE DISBURSEMENT CHECK VOUCHER               PAGE 1166
---------------------------------------------------------------------------
PAYEE NAME ASSURANT SPECIALTY                    CHECK-NUMBER :
 & ADDRESS LP POL LOCKBOX 97-2442
           14800 FRYE ROAD
           FORT WORTH          TX   76155


   PAYEE CODE: ASPOL         BATCH:HLP                     PAGE  1 OF  1
---------------------------------------------------------------------------
LOAN-NO      SHORT-NAME          DESCRIPTION      TRAN DATE      AMOUNT
             INIT  NAME                           CODE              DUE
             PROPERTY ADDRESS ---------------------------------------------
---------------------------------------------------------------------------
             JE WEATHERS                          351 03-19     3,467.00
CHECK TOTAL                  1   ITEMS                          3,467.00
```