**Fill in this information to identify the case:**

Debtor 1: June E. Weathers

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
(State)

Case number: 18-24073-LMI

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Habitat for Humanity of Greater Miami     **Court Claim No.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:   7425

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☐ No
☒ Yes.  Date of last notice: 9/26/2019

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property Inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | 3/25/2020 | (9) | $3,928.00 |
| 10. | Property Preservation expenses Specify: _____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | $0.00 |
| 12. | Other. Specify: _____ | | (12) | $0.00 |
| 13. | Other. Specify: _____ | | (13) | $0.00 |
| 14. | Other. Specify: _____ | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 June E. Weathers
       First Name   Middle Name   Last Name

Case number: *(if known)* 18-24073-LMI

| Part 2: | Sign Here |

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Elizabeth Eckhart
   Signature

Date: 5/13/2020

**Print:** Elizabeth Eckhart
      First Name   Middle Name   Last Name

Title: Attorney for Habitat for Humanity of Greater Miami

Company  Shapiro, Fishman & Gaché, LLP

Address  4630 Woodland Corporate Blvd., Ste 100
         Number       Street

         Tampa, Florida 33614
         City              State    ZIP Code

Contact phone  (813) 880-8888

Email: eeckhart@logs.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

      I hereby certify that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges related to Claim 3 has been sent via CM/ECF electronic filing or via first class U.S. Mail to the following on this 13th day of May, 2020.

June E. Weathers, 12222 Southwest 203rd Street, Miami, FL 33177

Carolina A Lombardi, Legal Services of Greater Miami, Inc., 4343 West Flagler Street, #100, Miami, FL 33134

Nancy K. Neidich, POB 279806, Miramar, FL 33027

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

                /s/Elizabeth Eckhart
                Elizabeth Eckhart
                FL Bar # 0048958
                Shapiro, Fishman & Gaché, LLP
                Attorney for Secured Creditor
                4630 Woodland Corporate Blvd.
                Suite 100
                Tampa, FL  33614
                Telephone: 813-319-5278
                Fax: (813) 880-8800
                E-mail: eeckhart@logs.com

18-313248