```
                            TIAA BANK                              03/25/20
                  MACHINE DISBURSEMENT CHECK VOUCHER               PAGE  146
--------------------------------------------------------------------------------
PAYEE NAME ASSURANT SPECIALTY                      CHECK-NUMBER :
 & ADDRESS LP POL LOCKBOX
           14800 FRYE ROAD
           FORT WORTH            TX   76155


    PAYEE CODE: ASPOL        BATCH:HLP                     PAGE   1 OF   1
--------------------------------------------------------------------------------
LOAN-NO      SHORT-NAME         DESCRIPTION         TRAN DATE      AMOUNT
             INIT  NAME                             CODE              DUE
             PROPERTY ADDRESS ------------------------------------------------
--------------------------------------------------------------------------------
     7425   JE WEATHERS                             351 03-20     3,928.00

CHECK TOTAL                 1  ITEMS                              3,928.00
```