**Fill in this information to identify the case:**

Debtor 1: June E. Weathers

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
(State)

Case number: 18-24073-LMI

Official Form 410S2
# Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Habitat for Humanity of Greater Miami        **Court Claim No.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:    7425

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

## Part 1:   Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred..

|     | Description | Dates incurred |      | Amount |
| --- | --- | --- | --- | --- |
| 1.  | Late charges | | (1) | $0.00 |
| 2.  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3.  | Attorney fees | | (3) | $0.00 |
| 4.  | Filing fees and court costs | | (4) | $0.00 |
| 5.  | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6.  | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7.  | Property Inspection fees | | (7) | $0.00 |
| 8.  | Tax advances (non-escrow) | 11/28/2018 | (8) | $955.97 |
| 9.  | Insurance advances (non-escrow) | 03/22/2019 | (9) | $3,467.00 |
| 10. | Property Preservation expenses Specify: _____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | $0.00 |
| 12. | Other. Specify: _____ | | (12) | $0.00 |
| 13. | Other. Specify: _____ | | (13) | $0.00 |
| 14. | Other. Specify: _____ | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>June E. Weathers</u>                                                                            Case number: *(if known)* <u>18-24073-LMI</u>
        First Name    Middle Name    Last Name

---

**Part 2:  Sign Here**

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X <u>/s/Elizabeth Eckhart</u>
   Signature

Date: <u>September 26, 2019</u>

**Print:**  <u>Elizabeth Eckhart</u>
        First Name   Middle Name   Last Name

Title: <u>Attorney for Habitat for Humanity of Greater Miami</u>

Company  <u>Shapiro, Fishman & Gaché, LLP</u>

Address  <u>4630 Woodland Corporate Blvd., Ste 100</u>
        Number     Street

<u>Tampa, Florida 33614</u>
City          State    ZIP Code

Contact phone  <u>(813) 880-8888</u>

Email: <u>eeckhart@logs.com</u>

---