**Fill in this information to identify the case:**

Debtor 1: June E Weathers

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of Florida
(State)

Case number: 18-24073-LMI

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Habitat for Humanity of Greater Miami        **Court Claim No.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:   7425

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☐ No
☒ Yes.   Date of last notice: May 13, 2020

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred..

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | 11/19/2020 | (8) | $1,009.08 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify: _____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 June E Weathers      Case number: *(if known)* 18-24073-LMI
   First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/Steven G. Powrozek            Date: February 10, 2021
     Signature

**Print:**    Steven G. Powrozek            Title  Attorney FL Bar 0316120
        First Name    Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    4630 Woodland Corporate Blvd., Suite 100
           Number      Street

            Tampa, Florida  33614
           City      State    ZIP Code

Contact phone    (813) 880-8888           Email  logsecf@logs.com

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  <u>February 10, 2021</u>

Chapter 13 Trustee:  Nancy K. Neidich
Trustee Address:  POB 279806, Miramar, FL 33027
Trustee Email:  www.ch13herkert.com

US Trustee: United States Trustee
US Trustee Adress: United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

Debtor's Counsel Name:  Carolina A Lombardi, Legal Services of Greater Miami, Inc.
Debtor's Counsel Address:  4343 West Flagler Street, #100, Miami, FL 33134
Debtor's Counsel Email:  CLombardi@legalservicesmiami.org

Debtor's Name:  June E Weathers a/k/a June E Weathers-Scott
Debtor's Mailing Address: 12222 SW 203 Street, Miami, FL 33177

<u>/s/Steven G. Powrozek</u>
Steven G. Powrozek
FL Bar 0316120
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: (813) 367-5813
Fax: (813) 880-8800
E-mail: <u>logsecf@logs.com</u>

18-313248